UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE TREVINO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-352 |
| | § | |
| NEW CENTURY FABRICATORS, INC., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON MOTION TO SUBSTITUTE ATTORNEY OF RECORD

On this day came on to be considered the Motion to Substitute Attorney for Plaintiff (D.E. 31). After reviewing the motion, the Court grants the motion so long as substituted counsel follows the Court's Scheduling Order and no delays will be caused by the substitution. It is, therefore

ORDERED that Steven C. Barkley, Attorney at Law, 3560 Delaware Street, Suite 305, Beaumont, Texas 77706, telephone number (409) 899-2277, facsimile (409) 899-2477, is hereby substituted for R. Blake Brunkenhoefer of Brunkenhoefer, Almaraz & Solis, PLLC, as attorney of record for Plaintiff and further, that R. Blake Brunkenhoefer is hereby permitted to withdraw from this matter.

SIGNED and ORDERED this 22nd day of May, 2008.

_____
Janis Graham Jack
United States District Judge